UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUSTIN RICHCREEK,

        Plaintiff,

    v.

ILLXILL Clothing LLC.,

        Defendant.

No.  2:25-cv-3074-CKD

ORDER

Plaintiff, proceeding through counsel, filed the instant action on October 22, 2025, and paid the filing fee. (ECF No. 1.) On October 23, 2025, the Clerk's Office issued summons to serve the defendant. (ECF No. 2.)

Pursuant to Rule 4 of the Rule of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The record does not reflect that plaintiff has attempted service on the defendant.

In accordance with the above, IT IS ORDERED that:

1.  Within 14 days of service of this order, plaintiff shall either file plaintiff's proof of

1

service on defendant or a statement indicating the status of service and any good cause reasons why defendant has not been served pursuant to Federal Rule of Civil Procedure 4.

2. Failure to respond to this order will result in a recommendation that this case be dismissed without prejudice.

Dated: March 2, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ckd, rich25cv3074.4m